IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| TYLER GATES,<br><br>              Plaintiff,<br><br>vs.<br><br>MATT IVES, in his individual capacity; and RICHARD PASHA, in his official capacity.<br><br>              Defendants. | CV 23–89–BU–DLC<br><br><br>ORDER |

      Before the Court is Plaintiff's Unopposed Motion for Dissemination of Confidential Criminal Justice Information. (Doc. 14.) Through the Motion, Plaintiff requests that the Court order the Anaconda-Deer Lodge County Attorney's Office and/or the Anaconda-Deer Lodge County Police Department to release confidential criminal justice information relating in any way to *State v. Ronelle Gates, TK-135-2022-0044418*. (*Id.* at 2.) Having reviewed and considered the Motion, the Court finds that the information requested is necessary for Plaintiff to properly pursue his claims against the Defendants.

      Accordingly, IT IS ORDERED that the Anaconda-Deer Lodge County Attorney's Office and the Anaconda-Deer Lodge County Police Department shall release all requested information pertaining to case *State v. Ronelle Gates, TK-135-2022-0044418*.

1

DATED this 21st day of February, 2024.

_____
Dana L. Christensen, District Judge
United States District Court