IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| TYLER GATES,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MATT IVES, in his individual capacity; and RICHARD PASHA, in his official capacity.<br><br>　　　　　Defendants. | CV 23–89–BU–DLC<br><br><br>ORDER |

Before the Court is Defendant Richard Pasha's motion to file exhibit under seal. (Doc. 25.) Through the motion, Pasha requests that the Court maintain Exhibit 7 to Exhibit B (Doc. 26) under seal. (Doc. 25 at 1.) Plaintiff does not oppose the motion. (*Id.* at 1–2.) For good cause showing,

IT IS ORDERED that the motion (Doc. 25) is GRANTED. The exhibits (Doc. 26) shall remain under seal until this Court orders otherwise.

DATED this 3rd day of September, 2024.

_____
Dana L. Christensen, District Judge
United States District Court

1