IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| TYLER GATES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MATT IVES, in his individual capacity; and RICHARD PASHA, in his official capacity.<br><br>　　　　Defendants. | CV 23–89–BU–DLC<br><br><br>ORDER |

Before the Court is Plaintiff's unopposed motion to dismiss Defendant Richard Pasha with prejudice. (Doc. 31.) Through the motion, Plaintiff requests that the Court dismiss Pasha pursuant to Fed. R. Civ. P 41(a)(2). (*Id.* at 1.) Pasha does not oppose. (*Id.*)

Accordingly, IT IS ORDERED that the motion (Doc. 31) is GRANTED. Plaintiffs claims against Defendant Richard Pasha are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Pasha's pending motion for summary judgment (Doc. 27) is DENIED as MOOT.

DATED this 25th day of September, 2024.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Dana L. Christensen, District Judge
　　　　　　　　　　　　　　　　　　United States District Court

1