UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| TYLER GATES,<br><br>             Plaintiff,<br><br>vs.<br><br>MATT IVES, in his individual capacity,<br><br>             Defendant. | Case No. CV-23-89-BU-DLC<br><br>JUDGMENT IN A CIVIL CASE |

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that in accordance with the order dated February 5, 2025 (Doc. 43), this matter is DISMISSED with PREJUDICE.

Dated this 5th day of February, 2025

TYLER P. GILMAN, CLERK


By:   /s/ Sarah Nagy
       Deputy Clerk